STATE v. RIMMER

No. 160 PC.

Case below: 25 N.C. App. 637.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. ROOK

No. 39.

Case below: 26 N.C. App. 33.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1975.

STATE v. SCOTT

No. 41.

Case below: 26 N.C. App. 145.

Petition by defendant Scott for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

STATE v. SIMON

No. 162 PC.

Case below: 26 N.C. App. 71.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

STATE v. SIZEMORE

No. 181 PC.

Case below: 26 N.C. App. 347.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.